# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161477(77)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAYMOND R. SMITH,
          Plaintiff-Appellee,

v

SC: 161477
COA: 339705
MACC: 14-000003

CITIZENS INSURANCE COMPANY OF
AMERICA,
          Intervening Plaintiff,


CHRYSLER GROUP, LLC,
          Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of the County Road Association Self-Insurance Fund to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 31, 2020, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 7, 2020



Clerk